IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEOPLE'S UNITED EQUIPMENT FINANCE CORP. | § § § | |
| VS. | § § | C.A. No. 4:11-CV-02581 |
| REILLY EQUIPMENT, LLC, ROMERO GENERAL CONSTRUCTION CORP., KEITH REILLY, RUSS REILLY, AND SCOTT KIMBALL | § § § § § § § | |

### MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

PEOPLE'S UNITED EQUIPMENT FINANCE CORP. f/k/a Financial Federal Credit Inc. ("Plaintiff") files this it's Motion to Dismiss Without Prejudice and pursuant to the Federal Rules of Civil Procedure and in support thereof, respectfully shows the Court as follows:

1. On July 12, 2011, Plaintiff filed its Original Complaint.
2. Defendants have been served and have appeared herein.
3. Plaintiff does not wish to pursue any of the causes of action in the present action.

WHEREFORE, PREMISES CONSIDERED Plaintiff respectfully requests that this Court dismiss its claims against the Defendants without prejudice and grant Plaintiff such other and further relief to which Plaintiff may show itself to be justly entitled.

Respectfully submitted,

_____
Robert Grawl, Jr., Assistant General Counsel
State Bar No: 08313400 / SDOT No. 14141
1300 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Telephone (713) 439-1177
Telecopier (713) 386-0337
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___6th___ day of February, 2012, a true and correct copy of the foregoing Motion to Dismiss Without Prejudice has been served by electronic service on the following:

Daniel Patton                                   dpatton@munsch.com
MUNSCH HARDT KOPF & HARR, P.C.
700 Louisiana, Suite 4600
Houston, Texas 77002

Stuart D. Hirsch                                shirsch@emeraldfq.com
2150 N. Centre City Parkway, Suite G
Escondido, California 92026

_____
Robert Grawl, Jr.