IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PEOPLE'S UNITED EQUIPMENT FINANCE CORP. § § § | |
| VS. § § § | C.A. No. 4:11-CV-02581 |
| REILLY EQUIPMENT, LLC, ROMERO GENERAL CONSTRUCTION CORP., KEITH REILLY, RUSS REILLY, AND SCOTT KIMBALL § § § § § § | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On this 7th day of February, 2012, came on to be considered the motion of PEOPLE'S UNITED EQUIPMENT FINANCE CORP. f/k/a Financial Federal Credit Inc., Plaintiff, to dismiss all claims against the Defendants without prejudice. Having considered the motion, it is accordingly

ORDERED that all claims against the Defendants are dismissed without prejudice.

Signed this 7th day of February, 2012.

_____
Nancy F. Atlas
United States District Judge

APPROVED:

_____
Robert Grawl, Jr., Assistant General Counsel
State Bar No: 08313400 / SDOT No. 14141
1300 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Telephone (713) 439-1177
Telecopier (713) 386-0337
ATTORNEY FOR PEOPLE'S UNITED EQUIPMENT FINANCE CORP.
    f/k/a Financial Federal Credit Inc.